NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY C. STAFFORD,                     )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D18-4982
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Michael F. Andrews,
Judge.

Rodney C. Stafford, pro se.


PER CURIAM.


            Affirmed.



MORRIS, SLEET, and ATKINSON, JJ., Concur.